UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | |
|---|---|
| **ROY HENDERSON** | **DOCKET NO.:** |
| **VERSUS** | **JUDGE:** |
| **JERRY HORTON, EAST AND WEST TRUCKING, INC. AND SENTRY SELECT INSURANCE COMPANY** | **MAGISTRATE:** |

**NOTICE OF FILING AND CERTIFICATE OF REMOVING DEFENDANTS**

NOW INTO COURT, through undersigned counsel, come defendants, **JERRY HORTON, EAST AND WEST TRUCKING, INC. AND SENTRY SELECT INSURANCE COMPANY**, who attach hereto copies of all process, pleadings, and orders in the state court proceedings received by these defendants.

The documents, copies of which are attached hereto as "Exhibit A", include:

1. Civil Case Reporting Sheet
2. Petition for Damages
3. Citation to Sentry Select Insurance company
4. Citation to Jerry Horton
5. Citation to East and West Trucking, Inc.
6. Service of Citation to Sentry Select Insurance Company
7. Correspondence from Plaintiff's attorney to Clerk of Court regarding Affidavits of
8. Mailing for Long Arm Statute
9. Affidavit of Long Arm mailing to Jerry Horton
10. Copy of 'green card" receipt of long arm mailing by Jerry Horton
11. Affidavit for Long Arm mailing to East and West Trucking, Inc.
12. Copy of "green card" receipt of long arm mailing of Citation by East and West Trucking, Inc.

Respectfully submitted:

**RABALAIS, HEBERT & COUVILLION, LLC**

*s/ Melvin A. Eiden*
_____
**STEVEN B. RABALAIS (#17100) T.A.**
**MELVIN A. EIDEN (#19557)**
**BLAKE T. COUVILLION (#37443)**
701 Robley Drive, Suite 210
Lafayette, LA 70503
Telephone: (337) 981-0309
Fax: (337) 981-0905
Email: srabalais@rhhnet.com
Email: meiden@rhhnet.com
Email: blake@rhhnet.com
**ATTORNEYS FOR DEFENDANTS,**
**JERRY HORTON, EAST AND WEST TRUCKING, INC. AND SENTRY SELECT INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has this day been forwarded as follows:

| | |
|---|---|
| --- | U.S. Mail (First Class) |
| --- | Hand Delivery |
| --- | Facsimile |
| --- | Overnight Delivery |
| --- | E-Mail – All Known Counsel |
| X | E-Mail – All Known Counsel of record through the CM/ECT System |

Lafayette, Louisiana on this 17th day of May, 2022.

*s/ Melvin A. Eiden*
_____
**STEVEN B. RABALAIS
MELVIN A. EIDEN
BLAKE T. COUVILLION**