EAST BATON ROUGE PARISH   C-717874
Filed Apr 13, 2022 1:48 PM      23
Deputy Clerk of Court

LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688 and
Part G, Section 13, Louisiana Supreme Court General Administrative Rules

The civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represent by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption:   Roy Henderson

vs.

Jerry Horton, et al

Court: 19th Judicial District Court          Docket Number: _____

Parish of Filing: East Baton Rouge           Filing Date: _____

Name of Lead Petitioner's Attorney: K. Luke Williamson

Name of Self-Represented Litigant: N/A

Number of named petitioners: 1              Number of named defendants: 3

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- X Auto: Personal Injury
- ☐ Auto: Wrongful Death
- ☐ Asbestos: Property Damage
- ☐ Product Liability
- ☐ Intentional Bodily Injury
- ☐ Intentional Wrongful Death
- ☐ Business Tort
- ☐ Defamation
- ☐ Environmental Tort
- ☐ Intellectual Property
- ☐ Legal Malpractice
- ☐ Other Professional Malpractice
- ☐ Maritime
- ☐ Wrongful Death
- ☐ General Negligence

- ☐ Auto: Property Damage
- ☐ Auto: Uninsured Motorist
- ☐ Asbestos: Personal Injury/Death
- ☐ Premise Liability
- ☐ Intentional Property Damage
- ☐ Unfair Business Practice
- ☐ Fraud
- ☐ Professional Negligence
- ☐ Medical Malpractice
- ☐ Toxic Tort
- ☐ Other Tort (describe below)
- ☐ Redhibition
- ☐ Class Action (nature of case)

Please briefly describe the nature of the litigation in one sentence of additional detail:

_____

_____

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name: K. Luke Williamson              Signature: _____

Address: 955 McClung Street, Baton Rouge, Louisiana 70802

Phone Number: (225) 383-4010          E-mail address: luke@lawyerbatonrouge.com

EAST BATON ROUGE PARISH   C-717874
Filed Apr 13, 2022 1:48 PM           23
Deputy Clerk of Court

ROY HENDERSON

VERSUS

JERRY HORTON, EAST AND WEST
TRUCKING, INC. & SENTRY
SELECT INSURANCE COMPANY

DOCKET NO. _____ SEC. " "

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, **ROY HENDERSON**, a person of the full age of majority, domiciled in the State of Louisiana, who respectfully represents:

1.

Made defendants herein are:

A) **SENTRY SELECT INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana, who has, by operation of Louisiana Revised Statute 13:3471 appointed Kyle Ardoin, Secretary of State for the State of Louisiana as its agent for service of process and can be served at 8585 Archives Avenue, Baton Rouge, LA 70809;

B) **JERRY HORTON**, a person of the full age of majority, currently residing at 24 Laird Brinson Road, Prentiss, MS 39474;

C) **EAST AND WEST TRUCKING, INC.**, a foreign corporation doing business in the State of Louisiana and which can be served with service of process at its principal place of business, 24 Laird Brinson Road, Prentiss, MS 39474.

2.

On or about May 13, 2021 **ROY HENDERSON** was the owner\operator of a 2014 Dodge Ram in East Baton Rouge Parish, State of Louisiana.

3.

Upon information and belief, the vehicle operated by **ROY HENDERSON** was traveling east bound in the outside lane of Choctaw Drive when a 2005 tractor trailer, owned by **EAST AND WEST TRUCKING, INC.**, and operated by **JERRY HORTON** executed a right turn from the inside lane of travel on eastbound Choctaw Drive across the lane of travel occupied by Petitioner.

4.

**ROY HENDERSON** reacted to the large vehicle obstructing his lane by swerving off of the road and striking the curb and an electrical guide wire to a telephone pole, resulting in injuries to

Petitioner.

5.

The collision described above was caused solely and proximately by the gross and flagrant negligence, recklessness, carelessness, and fault of **JERRY HORTON** in the following non-exclusive particulars, to wit:

- A) In failing to keep a proper lookout;
- B) In failing to keep his\her vehicle under proper control;
- C) In operating his\her vehicle in a wanton and reckless manner with no regard for the safety and rights of others;
- D) In failing to yield;
- E) In improper turning;
- F) In failing to avoid that which was directly in front of his\her path of travel; and
- G) Any and all other acts of negligence and omissions to be proven through the discovery or at the time of trial of this matter, all of which were in contravention of the exercise of due care and procedure.

6.

Upon information and belief, at the time of the accident, **JERRY HORTON**, was engaged in the course and scope of employment with **EAST AND WEST TRUCKING, INC.**, rendering **EAST AND WEST TRUCKING, INC.** vicariously liable for his delictual actions and\or omissions pursuant to the doctrine of *respondeat superior*.

7.

Upon information and belief, at the time of the accident the vehicle operated by **JERRY HORTON** was covered by a policy of motor vehicle liability insurance with **SENTRY SELECT INSURANCE COMPANY**, insuring against the delictual acts and\or omissions of **JERRY HORTON**.

8.

Based on the foregoing, **JERRY HORTON, EAST AND WEST TRUCKING, INC.** and **SENTRY SELECT INSURANCE COMPANY** are therefore liable in solido unto the Petitioner for the damages sustained in and arising from said collision.

9.

As a result of the combined fault, negligence, and\or recklessness of the defendants in

causing the aforementioned accident, Petitioner, **ROY HENDERSON**, suffered injuries, including but not limited to the following:

- A) Back;
- B) Neck;
- C) Head;
- D) Left shoulder; and
- E) Any and all other injuries to be shown upon trial of this matter.

10.

As a result of the accident sued upon herein, Petitioner, **ROY HENDERSON** suffered the following damages:

- A) Physical pain and suffering-past, present, and future;
- B) Mental pain, anguish, and distress-past, present, and future;
- C) Medical expenses-past, present, and future;
- D) Lost wages;
- E) Loss of enjoyment of life;
- F) Property damage;
- G) Loss of use;
- H) Any and all other damages which shall be proven at trial of this matter.

11.

Pursuant to the Louisiana Code of Civil Procedure, article 1423, *et seq.*, the Petitioner is entitled to a copy of any insurance policies issued to and\or otherwise insuring the vehicle operated by **JERRY HORTON**, for the claims made by Petitioner herein. Petitioner herein requests a certified copy of any and all such policies of insurance within thirty (30) days of service of this Petition.

**WHEREFORE PETITIONER PRAYS:**

1) That copies of this Petition, together with citation, be issued and served according to the law on the defendants: **JERRY HORTON, EAST AND WEST TRUCKING, INC, & SENTRY SELECT INSURANCE COMPANY**;

2) After the lapse of all legal delays and due proceedings had, there be judgment against **JERRY HORTON, EAST AND WEST TRUCKING, INC, & SENTRY SELECT INSURANCE COMPANY** and in favor **ROY HENDERSON** in such amounts as are as are reasonable under the premises.

3) For all necessary orders and decrees as may be required or proper for full, general, and equitable relief; and

4) For legal interest from the date of judicial demand on all amounts awarded and the costs of these proceedings.

RESPECTFULLY SUBMITTED

WILLIAMSON FONTENOT CAMPBELL & WHITTINGTON, LLC

_____
K. Luke Williamson, APLC
**Bar Roll No. 24709**
955 McClung Street
Baton Rouge, Louisiana 70802
Telephone: (225) 383.4010
Facsimile: (225) 383.4114
Email: luke@lawyerbatonrouge.com
*Attorney for Plaintiff*

Please Serve:

**SENTRY SELECT INSURANCE COMPANY**
through its agent for service of process
Mr. Kyle Ardoin, Secretary of State for the State of Louisiana
8585 Archives Avenue
Baton Rouge, LA 70809

**JERRY HORTON-Via the Louisiana Long Arm Statute**

**EAST AND WEST TRUCKING, INC.-Via the Louisiana Long Arm Statute**

SERVICE COPY

*COPY*

D8857567

# CITATION

ROY HENDERSON
(Plaintiff)

NUMBER C-717874  "23"

19TH JUDICIAL DISTRICT COURT

VS

PARISH OF EAST BATON ROUGE

JERRY HORTON, ET AL
(Defendant)

STATE OF LOUISIANA

TO:   SENTRY SELECT INSURANCE COMPANY
      THROUGH ITS AGENT FOR SERVICE OF PROCESS:
      MR. KYLE ARDOIN, SECRETARY OF STATE FOR THE STATE OF LOUISIANA

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **APRIL 14, 2022.**



*Magan Harris*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney:** WILLIAMSON, K LUKE
*The following documents are attached:

PETITION FOR DAMAGES

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.
**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.
**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____         _____
TOTAL:  $_____               Deputy Sheriff
                          Parish of East Baton Rouge

CITATION-2000

# CITATION
(Long Arm LSA R.S. 13:3205 et seq.)



| | |
|---|---|
| ROY HENDERSON<br>(Plaintiff)<br><br>VS<br><br>JERRY HORTON, ET AL<br>(Defendant) | NUMBER C-717874 "23"<br><br>19th JUDICIAL DISTRICT COURT<br><br>PARISH OF EAST BATON ROUGE<br><br>STATE OF LOUISIANA |

## TO: JERRY HORTON

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

You are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within **30 DAYS** of the date you were served with the petition.

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on **APRIL 14, 2022**.

*Magan Harris*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: WILLIAMSON, K LUKE**
**(225) 383-4010**

*Also attached are the following documents:*
**PETITION FOR DAMAGES**

CITATION-LONG ARM-2006

COPY

COPY

# CITATION
(Long Arm LSA R.S. 13:3205 et seq.)

| | |
|---|---|
| ROY HENDERSON<br>(Plaintiff) | NUMBER C-717874 "23" |
| | 19th JUDICIAL DISTRICT COURT |
| VS | |
| | PARISH OF EAST BATON ROUGE |
| JERRY HORTON, ET AL<br>(Defendant) | STATE OF LOUISIANA |

**TO: EAST AND WEST TRUCKING, INC.**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

You are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within **30 DAYS** of the date you were served with the petition.

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on **APRIL 14, 2022**.

*Magan Harris*
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney:** WILLIAMSON, K LUKE
(225) 383-4010

*Also attached are the following documents:
**PETITION FOR DAMAGES**

CITATION-LONG ARM-2006

Copy

# RETURN COPY



**D8857567**

## CITATION

**ROY HENDERSON**
(Plaintiff)

**VS**

**JERRY HORTON, ET AL**
(Defendant)

**NUMBER C-717874 "23"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:   SENTRY SELECT INSURANCE COMPANY**
**THROUGH ITS AGENT FOR SERVICE OF PROCESS:**
**MR. KYLE ARDOIN, SECRETARY OF STATE FOR THE STATE OF LOUISIANA**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
3. **21 DAYS** of the date you were served with the petition; **OR**
4. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **APRIL 14, 2022**.



*Magan Harris*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: WILLIAMSON, K LUKE**
*The following documents are attached:

**PETITION FOR DAMAGES**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____ · I made service on the named party through the

SERVICE:$_____
MILEAGE$_____
TOTAL: $_____

Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

Office of the Secretary of State on

**APR 1 9 2022**

by tendering a copy of this document to:
**JULIE NESBITT**

**DY. M. LOCKWOOD #0803**
Deputy Sheriff, Parish of East Baton Rouge, LA

RECEIVED
APR 18 2022
SHERIFF'S OFFICE

EAST BATON ROUGE PARISH  C-717874
Filed Apr 28, 2022 12:27 PM    23
Deputy Clerk of Court



Williamson Fontenot Campbell & Whittington, LLC

K. Luke Williamson, APLC
luke@lawyerbatonrouge.com

Craig J. Fontenot, APLC
craig@lawyerbatonrouge.com

Robert L. Campbell, LLC
robb@lawyerbatonrouge.com

Christopher L. Whittington, APLC
chris@lawyerbatonrouge.com

Dustin G. Flint
dustin@lawyerbatonrouge.com

April 28, 2022

Mr. Doug Welborn
Clerk of Court, 19th JDC
P.O. Box 1991
Baton Rouge, LA 70821

    Re:    Roy Henderson v. Jerry Horton, et al
             19th JDC, Parish of East Baton Rouge
             Suit No. 717,874 Sec. 23
             Our File #: 1000-1965

Dear Mr. Welborn:

    Enclosed herein are two Long Arm Statute Affidavit of Mailings we wish to file in the above referenced matter.

    With kind regards, I am

           Very truly yours,

           WILLIAMSON, FONTENOT, CAMPBELL
           & WHITTINGTON, LLC

           K. Luke Williamson

KLW/dsb
Enclosures

    cc:    Steven B. Rabalais (w/encl., via email only srabalais@rhhnet.com)

955 McClung Street
Baton Rouge
Louisiana 70802
P.O. Box 3035
Baton Rouge
Louisiana 70821
225.383.4010
225.383.4114 (Fax)

EAST BATON ROUGE PARISH
Filed Apr 28, 2022 12:27 PM
Deputy Clerk of Court
C-717874
23

| | |
|---|---|
| ROY HENDERSON | DOCKET NO. 717,874   SEC. 23 |
| | 19th JUDICIAL DISTRICT COURT |
| VERSUS | |
| | PARISH OF EAST BATON ROUGE |
| JERRY HORTON, EAST AND WEST TRUCKING, INC. & SENTRY SELECT INSURANCE COMPANY | STATE OF LOUISIANA |

## LONG ARM STATUTE AFFIDAVIT OF MAILING

**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

**BEFORE ME,** the undersigned authority, on the date set forth, herein after, personally came and appeared:

DIANNA S. BONAVENTURE

who being duly sworn, did depose and state that affiant is the secretary to the attorney of record for Roy Henderson, plaintiff in the above captioned case; that affiant served by Certified Mail, Return Receipt Requested, the Petition for Damages in the captioned matter on the 20th day of April, 2022, properly addresses to:

Mr. Jerry Horton
24 Laird Brinson Road
Prentiss, MS 39474

That affiant received the Certified Receipt and return for service made on such individual, and that a true and correct copy of the Return and Receipt is attached to this affidavit.

_____
DIANNA S. BONAVENTURE

Sworn and subscribed before me, this

27th day of April, 2022.

_____
Notary Public

K. Luke Williams
Printed Name

24709
Bar Roll No.

EAST BATON ROUGE PARISH  C-717874
Filed Apr 28, 2022 12:27 PM    23
Deputy Clerk of Court

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Jerry Horton
   24 Laird Brinson Road
   Prentiss, MS 39474

   9590 9402 6393 0303 3168 50

2. Article Number (Transfer from service label)

   7021 2720 0002 0133 6352

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

EAST BATON ROUGE PARISH
Filed Apr 28, 2022 12:27 PM
Deputy Clerk of Court
C-717874
23

| | |
|---|---|
| ROY HENDERSON | DOCKET NO. 717,874  SEC. 23 |
| | 19th JUDICIAL DISTRICT COURT |
| VERSUS | |
| | PARISH OF EAST BATON ROUGE |
| JERRY HORTON, EAST AND WEST TRUCKING, INC. & SENTRY SELECT INSURANCE COMPANY | STATE OF LOUISIANA |

### LONG ARM STATUTE AFFIDAVIT OF MAILING

**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

**BEFORE ME**, the undersigned authority, on the date set forth, herein after, personally came and appeared:

DIANNA S. BONAVENTURE

who being duly sworn, did depose and state that affiant is the secretary to the attorney of record for Roy Henderson, plaintiff in the above captioned case; that affiant served by Certified Mail, Return Receipt Requested, the Petition for Damages in the captioned matter on the 20th day of April, 2022, properly addresses to:

> East and West Trucking, Inc.
> 24 Laird Brinson Road
> Prentiss, MS 39474

That affiant received the Certified Receipt and return for service made on such entity, and that a true and correct copy of the Return and Receipt is attached to this affidavit.

_____
DIANNA S. BONAVENTURE

Sworn and subscribed before me, this

_27_ day of April, 2022.

_____
Notary Public

_K. Luke Williams_
Printed Name

_24709_
Bar Roll No.

EAST BATON ROUGE PARISH  C-717874
Filed Apr 28, 2022 12:27 PM      23
Deputy Clerk of Court

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>East and West Trucking, Inc.<br>24 Laird Brinson Road<br>Prentiss, MS 39474 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6393 0303 3168 43 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Mail<br>☐ Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7021 2720 0002 0133 6369 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |