| | |
|---|---|
| ROY HENDERSON | 19TH JUDICIAL DISTRICT COURT |
| VERSUS | DOCKET NO.:  C-717874, SECT. 23 |
| JERRY HORTON, EAST AND WEST TRUCKING, INC. AND SENTRY SELECT INSURANCE COMPANY | PARISH OF EAST BATON ROUGE<br><br>STATE OF LOUISIANA |

## NOTICE OF FILING OF REMOVAL

PLEASE TAKE NOTICE that on May 17, 2022, Defendants, **JERRY HORTON, EAST AND WEST TRUCKING, INC. AND SENTRY SELECT INSURANCE COMPANY,** filed in the office of the Clerk of Court, United States District Court for the Middle District of Louisiana, a Notice of Removal of the above captioned action. A copy of the Notice of Removal is annexed hereto.

Respectfully submitted:

**RABALAIS, HEBERT & COUVILLION, LLC**

*s/ Melvin A. Eiden*

_____
**STEVEN B. RABALAIS (#17100) T.A.**
**MELVIN A. EIDEN (#19557)**
**BLAKE T. COUVILLION (#37443)**
701 Robley Drive, Suite 210
Lafayette, LA  70503
Telephone:  (337) 981-0309
Fax:  (337) 981-0905
Email:  srabalais@rhhnet.com
Email: meiden@rhhnet.com
Email:  blake@rhhnet.com
**ATTORNEYS FOR DEFENDANTS,**
**JERRY HORTON, EAST AND WEST TRUCKING, INC. AND SENTRY SELECT INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has this day been forwarded as follows:

| | |
|---|---|
| --- | U.S. Mail (First Class) |
| --- | Hand Delivery |
| --- | Facsimile |
| --- | Overnight Delivery |
| x | E-Mail – All Known Counsel |

Lafayette, Louisiana on this 17th day of May, 2022.

*s/ Melvin A. Eiden*

_____
**STEVEN B. RABALAIS**
**MELVIN A. EIDEN**
**BLAKE T. COUVILLION**